1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SELTZER CAPLAN McMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARKEL INSURANCE COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>EXECUTIVE RISK INDEMNITY, a Delaware corporation; and DOES 1 through 50,<br><br>        Defendants. | CASE NO.:  SACV12-509-AG(MLGx)<br><br><br><br>**JUDGMENT** |
| --- | --- |
| EXECUTIVE RISK INDEMNITY, INC., a Delaware corporation,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>        Third-Party Defendant. | |

The Court (i) having granted the motion for summary judgment that defendant and third party plaintiff Executive Risk Indemnity, Inc. filed against plaintiff Markel Insurance Company [*see* docket number 120 dated October 31, 2013], (ii) having denied the motion for partial summary judgment that Markel Insurance Company filed against Executive Risk Indemnity, Inc. [*see id.*], (iii) having dismissed as moot the claims

asserted in Executive Risk Indemnity, Inc.'s third party complaint against third party defendant General Insurance Company of America [*see* docket number 123 dated November 6, 2013], and thereby (iv) having left no further pre-judgment matters to be adjudicated,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Executive Risk Indemnity, Inc. and against Markel Insurance Company, and that Markel Insurance Company shall take nothing.

Dated: November 18, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2

P:\15\15536\68811\Pleads\Judgment.docx

SELTZER CAPLAN McMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

JUDGMENT

Case No. SACV12-509-AG(MLGx)